**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KAREN PARKER-BARNES,

             Plaintiff,                              **DEFAULT JUDGMENT**
   - against -                                         CV 22-2397 (GRB) (ARL)

SUNRISE AUTO OUTLET, INC., d/b/a Baron
Auto Emporium,

             Defendant.
------------------------------------------------------------X

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on January 24, 2025; granting Plaintiff's motion for default judgment; awarding Plaintiff: (1) $328,453.68 in principal damages, (2) prejudgment interest of 9% from 4/27/2022 to the date of judgment, and the Clerk of Court having calculated that amount to be $81,153.66, (3) $42,595 in attorney's fees, and (4) $6,798.11 in costs; and respectfully directing the Clerk of Court to enter default judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion for default judgment is granted; that Plaintiff Karen Parker-Barnes is awarded a default judgment against Defendant Sunrise Auto Outlet, Inc., in the amount of $459,000.45, plus post judgment interest at the rate set forth in 25 U.S.C. § 1961; and that this case is closed.

Dated: January 24, 2025
       Central Islip, New York

                                                  BRENNA B. MAHONEY
                                                  CLERK OF COURT

                                  BY:    /S/ JAMES J. TORITTO
                                                    DEPUTY CLERK